IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

QUINCEY LAMAR HILL,           )
                              )
         Petitioner,          )
                              )
    v.                        )      1:14CV479
                              )
FRANK PERRY,                  )
                              )
         Respondent.          )

## ORDER

On June 12, 2014, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636.  (Docs. 2 and 3.)  Petitioner timely filed objections (Doc. 4) to the Recommendation.

This court has appropriately reviewed the portions of the Recommendation to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation.  This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that Petitioner's document (Doc. 1) is construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and that this action is hereby **DISMISSED WITHOUT PREJUDICE** to Petitioner filing a new petition correcting the defects set out in the Order and Recommendation.  The new

petition must be accompanied by either the five dollar filing fee or a current application to proceed in forma pauperis. A Judgment dismissing this action will be entered contemporaneously with this Order. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

This the 1st day of August, 2014.

*/s/ William L. Osteen, Jr.*
_____
United States District Judge